**Order entered October 8, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-15-00957-CV

---

**BRIAN A. SMALE, Appellant**

**V.**

**JOHN S. SMALE, PAMELA ANN WILLIAMS, JASON L. WILLIAMS, AND MICHELLE WILLIAMS, Appellees**

---

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-50581-2014**

---

## ORDER

In accordance with our September 16, 2015 order, Collin County District Clerk Andrea Stroh Thompson has filed a supplemental clerk's record containing certain documents we requested in order to understand the posture of this case. Based on a review of that record, further documents are necessary. Because we are unable to view Collin County's court records online, we **ORDER** Ms. Thompson to file, no later than October 19, 2015, a second supplemental clerk's record containing the (1) February 25, 2014 "Motion to Require Attorney to Show Authority to Pursue Litigation;" (2) July 15, 2014 "Motion to Compel Response to Motion to Require Attorney to Show Authority to Pursue Litigation;" (3) August 12, 2014 "Suggestion of Death;" (4) August 18, 2014 "Agreement;" (5) June 15, 2015 "Motion to Recover Fees and Costs;" (6) June 17, 2015 "Motion for Summary Judgment;" (7) June 24, 2015 "Response to

Motion to Recover Fees and Costs and Request for Sanctions for Filing Frivolous Pleading;" (8) "Correspondence from Evaleen Davis to Judge Willis;" and (9) June 30, 2015 "Order on Motion to Recover Fees and Costs."

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Thompson and all parties.


/s/    CRAIG STODDART
JUSTICE